1  Josh A. Cohen (SBN 217853)
   CLARENCE DYER & COHEN LLP
2  899 Ellis Street
3  San Francisco, California 94109
   Tel: (415) 749-1800
4  Fax: (415) 749-1694
   jcohen@clarencedyer.com
5
   Attorneys for Defendant
6  UBER TECHNOLOGIES, INC.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | JANE DOE 1 and JANE DOE 2, | CASE NO. 15-cv-04670 SI |
   |                            |                         |
12 |          Plaintiffs,       | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT UBER TECHNOLOGIES, INC.** |
13 |        v.                  |                         |
14 | UBER TECHNOLOGIES, INC.,   |                         |
15 |          Defendant.        |                         |

---

-1-                                          Case No. 15-cv-04670 SI
                    NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Josh A. Cohen of Clarence Dyer & Cohen LLP hereby enters his appearance as counsel for defendant Uber Technologies, Inc. in the above-captioned matter. Appearing counsel requests that all papers in this action be served upon the undersigned at the address below:

CLARENCE DYER & COHEN LLP

JOSH A. COHEN (SBN 217853)
jcohen@clarencedyer.com
899 Ellis Street
San Francisco, CA 94109
Telephone:   (415) 749-1800
Fax:              (415) 749-1694

Dated:  November 4, 2015              Respectfully submitted,

                                                        CLARENCE DYER & COHEN LLP

                                                        By   /s/ *Josh A. Cohen*
                                                              Josh A. Cohen
                                                              Attorneys for Defendant