Josh A. Cohen (SBN 217853)
RoseMarie Maliekel (SBN 276036)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com
rmaliekel@clarencedyer.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>          Plaintiffs,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>          Defendant. | Case No. 3:15-cv-04670 SI<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE HEARING**<br>**DATE AND CASE MANAGEMENT**<br>**CONFERENCE** |

1  Plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs") and Defendant Uber Technologies, Inc.,
2  by and through their undersigned counsel, hereby agree and stipulate as follows:
3  WHEREAS, on October 8, 2015, Plaintiffs filed their Complaint;
4  WHEREAS, on December 3, 2015, Defendant filed a motion to dismiss the Complaint
5  pursuant to Federal Rule of Civil Procedure 12(b)(6);
6  WHEREAS, Defendant's motion to dismiss is presently scheduled for a hearing on
7  February 19, 2016;
8  WHEREAS, the Court has scheduled an initial case management conference on February
9  19, 2016 to coincide with the hearing on Defendant's motion to dismiss;
10  WHEREAS, on January 20, 2016, Plaintiffs filed an Amended Complaint;
11  WHEREAS, Defendant will be filing a motion to dismiss the Amended Complaint;
12  NOW, THEREFORE, the parties hereby AGREE and STIPULATE that Defendant shall
13  file a motion to dismiss the Amended Complaint (or other responsive pleading) on or before
14  February 12, 2016;
15  Plaintiffs shall file and serve any opposition to Defendant's motion on or before March 4,
16  2016;
17  Defendant shall file and serve any reply brief in support of its motion on or before March
18  18, 2016;
19  Defendant's motion shall be noticed for hearing on April 1, 2016, or on such other date as
20  the Court may set; and
21  The hearing and initial case management conference presently scheduled for February 19,
22  2016 should be continued to April 1, 2016, or such other date as the Court may set.
23  IT IS SO STIPULATED.
24  Dated: January 21, 2016                     CLARENCE DYER & COHEN LLP
25
                                               By:   /s/ Josh A. Cohen
26                                                   _____
                                                     Josh A. Cohen
27                                                   Attorney for Defendant
28

Dated: January 21, 2016          WIGDOR LLP

                                 By:    */s/Jeanne M. Christensen*

                                        Jeanne M. Christensen
                                        Attorneys for Plaintiffs

## ORDER

By stipulation of the parties, and for good cause shown, it is hereby ORDERED that Defendant shall file and serve a motion to dismiss the Amended Complaint (or other responsive pleading) on or before February 12, 2016.

It is further ORDERED that Plaintiffs shall file and serve any opposition to Defendant's motion to dismiss on or before March 4, 2016.

It is further ORDERED that Defendant shall file and serve any reply brief in support of Defendant's motion to dismiss on or before March 18, 2016.

It is further ORDERED that the hearing and initial case management conference presently scheduled for February 19, 2016 are continued to April 1, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Date: __1/22/16__                _____
                                 SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE