Josh A. Cohen (SBN 217853)
RoseMarie Maliekel (SBN 276036)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com
rmaliekel@clarencedyer.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JANE DOE 1 and JANE DOE 2, | Case No. 15-cv-04670 SI |
|---|---|
| Plaintiffs, | **DEFENDANT'S REQUEST AND [PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

During this morning's hearing on defendant's motion to dismiss, the Court inquired about California case authority cited by neither party in its briefs. Defendant respectfully seeks leave to file, within seven days, a supplemental brief of no more than seven pages addressing that authority.

DATED: April 1, 2016          Respectfully submitted,


By  */s/*
   Josh A. Cohen
   RoseMarie Maliekel
   Attorneys for UBER TECHNOLOGIES, INC.

**ORDER**

For the reasons stated, and for good cause shown, defendant's request for leave to file a supplemental brief is GRANTED. ~~Defendant shall~~ Either party may file any such brief, of no more than seven pages, on or before April 8, 2016.

IT IS SO ORDERED.

DATED: 4/1/16

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE