UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE 1, et al.,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,

    Defendants.

Case No. 15-cv-04670-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 8, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 30, 2016.

DESIGNATION OF EXPERTS: 10/21/16; REBUTTAL: 11/14/16;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 16, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 13, 2017;
    Opp. Due: January 27, 2017; Reply Due: February 3, 2017;
    and set for hearing no later than February 17, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 14, 2017 at 3:30 PM.

JURY TRIAL DATE: March 27, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 6 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will participate in private mediation.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

1  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

2  **IT IS SO ORDERED**.

Dated: 4/1/16

_____
SUSAN ILLSTON
United States District Judge