Josh A. Cohen (SBN 217853)
RoseMarie Maliekel (SBN 276036)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com
rmaliekel@clarencedyer.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, | Case No. 15-cv-04670 SI |
| Plaintiffs, | **DEFENDANT'S ANSWER TO AMENDED COMPLAINT** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Defendant Uber Technologies, Inc. ("Uber" or "Defendant") answers the Amended Complaint ("Complaint") filed by Plaintiffs Jane Doe 1 and Jane Doe 2 according to its numbered paragraphs, as follows:

**PRELIMINARY STATEMENT**

1.     Defendant admits that Uber has a smartphone App that allows people to order and pay for rides from third-party transportation providers.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

2.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

3.     Defendant admits that a report issued by Uber and MADD included the statement quoted in this paragraph of the Complaint.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

4.     Defendant admits that Uber worked with Breathometer to address the problem of drunk driving.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

5.     Defendant admits that it has distributed materials that include taglines focused on avoiding drunk driving.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

6.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

7.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

8.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

9.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

10.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

11.     Defendant admits that the Uber App was used to request a ride that Abderrahim Dakiri provided in Boston, Massachusetts in the early morning on February 8, 2015. Defendant lacks sufficient information and belief to admit or deny the remaining allegations in this paragraph, and on that basis Uber denies the allegations.

12.     Defendant admits that the Uber App was used to request a ride that Patrick Aiello provided to the vicinity of a bar in Charleston, South Carolina on August 9, 2015. Defendant lacks sufficient information and belief to admit or deny the remaining allegations in this paragraph, and on that basis Uber denies the allegations.

13.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

14.     On information and belief, Defendant denies each and every allegation contained in this paragraph of the Complaint.

**JURISDICTION AND VENUE**

15.     Defendant lacks sufficient information and belief to admit or deny whether Plaintiff Jane Doe 1 is a citizen of Massachusetts and whether Plaintiff Jane Doe 2 is a citizen of Florida, and on that basis Defendant denies these allegations. Defendant admits that Plaintiff Doe 1 claims that she was assaulted in Massachusetts, and that Plaintiff Jane Doe 2 claims that she was assaulted in South Carolina. The allegation as to jurisdiction constitutes a conclusion of law to which no response is required. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

16.     Defendant admits that it is headquartered in San Francisco and conducts business in California. The remaining allegations of this paragraph constitute a conclusion of law to which no response is required.

17.     Defendant admits that it is headquartered in the Northern District of California and conducts business in the Northern District of California. The remaining allegations of this paragraph constitute a conclusion of law to which no response is required.

## PARTIES

18.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies these allegations.

19.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

20.     Defendant admits that it is a Delaware corporation with its principal place of business at 1455 Market Street, San Francisco, California 94105.

21.     Defendant admits that it maintains an office at 239 Causeway Street, 1st Floor, Boston, Massachusetts 02114.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

22.     Defendant admits that it operates in Charleston, South Carolina.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

## BACKGROUND AND FACTUAL ALLEGATIONS

23.     Defendant admits that the Uber App provides lead generation services for third party transportation providers and can be used to request rides from third party transportation providers.  Defendant admits that the Uber App is downloadable to smartphones and that the Uber App was made available in San Francisco by June 2010.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

24.     Defendant admits that the Uber App is downloadable to smartphones.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

25.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

26.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

27.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

28.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph of the Complaint, and on that basis denies the allegations.

29.     Defendant admits that there is no charge to download the Uber App.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

30.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

31.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

32.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

33.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

34.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

35.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

36.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

37.     Drivers do not apply to become Uber employees and therefore Defendant denies each and every allegation contained in this paragraph of the Complaint.

38.     Defendant admits that there is no charge to download the Uber App.  Defendant admits that drivers receive notifications of ride requests via the Uber App.  Except as expressly

admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

39. Defendant denies each and every allegation contained in this paragraph of the Complaint.

40. Defendant admits that Uber can credit charges to riders for a variety of reasons, including reasons relating to the route a driver took. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

41. Defendant denies each and every allegation contained in this paragraph of the Complaint.

42. Defendant admits that it considers its list of Uber App users (drivers and riders) to be proprietary information. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

43. Defendant denies each and every allegation contained in this paragraph of the Complaint.

44. Defendant denies each and every allegation contained in this paragraph of the Complaint.

45. Defendant denies each and every allegation contained in this paragraph of the Complaint.

46. Defendant admits that riders may rate drivers on a scale from 1-5 stars. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

47. Defendant denies each and every allegation contained in this paragraph of the Complaint.

48. Defendant denies each and every allegation contained in this paragraph of the Complaint.

49.     Defendant admits that drivers who provide rides using the Uber App are independent contractors, not at-will employees.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

50.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

51.     Defendant denies each and every allegation contained in this paragraph of the Complaint.

52.     Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

53.     Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required.  Insofar as the allegations in this paragraph relate to Jane Doe 2, Defendant admits that the process of requesting to use the Uber App as a driver may include filling out online forms and uploading photos of a driver's license, vehicle registration, and proof of insurance.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

54.     Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

55.     Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

56.     Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

57. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

58. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

59. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as the allegations relate to Jane Doe 2, Defendant admits that drivers who requested to use the Uber App and underwent background checks by Hirease LLC were not required to submit fingerprints. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

60. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

61. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

62. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

63. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as the allegations relate to Jane Doe 2, Defendant lacks sufficient information and belief to admit or deny what Hirease stated "on its website at the time" and therefore denies each and every allegation as to what was on Hirease's website at the unspecified time. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

64.   Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as the allegations relate to Jane Doe 2, Defendant lacks sufficient information and belief to admit or deny what Hirease stated or recognized and therefore denies each and every allegation as to what Hirease stated or recognized at the undisclosed location and time. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

65.   Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

66.   Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as the allegations relate to Jane Doe 2, Defendant admits that it uses Chekr, Inc. to perform background checks. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

67.   Defendant denies each and every allegation contained in this paragraph of the Complaint.

68.   Defendant admits that a civil complaint was filed by the District Attorney of San Francisco and the District Attorney of Los Angeles in San Francisco County Superior Court in case number 14-cv-543120-CGC. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

69.   Defendant denies each and every allegation contained in this paragraph of the Complaint.

70.   Defendant denies each and every allegation contained in this paragraph of the Complaint.

71.   Defendant admits that the statement quoted in this paragraph of the Complaint appeared on the Uber website at some time prior to October 2014. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

72. Defendant denies each and every allegation contained in this paragraph of the Complaint.

73. Defendant denies each and every allegation contained in this paragraph of the Complaint.

74. Defendant denies each and every allegation contained in this paragraph of the Complaint.

75. Defendant denies each and every allegation contained in this paragraph of the Complaint.

76. Defendant denies each and every allegation contained in this paragraph of the Complaint.

77. Defendant admits that the statement quoted in this paragraph appeared on the Uber website.

78. Defendant denies each and every allegation contained in this paragraph of the Complaint.

79. Defendant admits that Uber worked with Breathometer to address the problem of drunk driving. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

80. Defendant denies each and every allegation contained in this paragraph of the Complaint.

81. On information and belief, Defendant denies each and every allegation contained in this paragraph of the Complaint.

82. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

83. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

84. Defendant admits that a ride was requested using the Uber App on Jane Doe 1's Uber account at approximately 2:30 a.m. on February 8, 2015. Defendant lacks sufficient

information and belief to admit or deny the remaining allegations in this paragraph, and on that basis Defendant denies the allegations.

85.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

86.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

87.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

88.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

89.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

90.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

91.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

92.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

93.     Defendant denies that Dakiri took an indirect route to Jane Doe 1's destination. Defendant lacks sufficient information and belief to admit or deny the remaining allegations in this paragraph, and on that basis Defendant denies the allegations

94.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

95.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

96.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

97.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

98.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

99.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

100.     The allegations in this paragraph of the Complaint do not relate to a surviving claim, and thus no answer is required. [1]

101.     Defendant admits that Uber credited Jane Doe 1's Uber account in connection with a ride provided by Mr. Dakiri on February 8, 2015.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the complaint.

102.     The allegations in this paragraph of the Complaint do not relate to a surviving claim, and thus no answer is required.

103.     The allegations in this paragraph of the Complaint do not relate to a surviving claim, and thus no answer is required.

104.     The allegations in this paragraph of the Complaint do not relate to a surviving claim, and thus no answer is required.

105.     The allegations in this paragraph of the Complaint do not relate to a surviving claim, and thus no answer is required.

106.     The allegations in this paragraph of the Complaint do not relate to a surviving claim, and thus no answer is required.

107.     The allegations in this paragraph of the Complaint do not relate to a surviving claim, and thus no answer is required.

---

[1] In light of the Court's order dated May 4, 2016 granting in part Defendant's motion to dismiss, the Amended Complaint contains allegations that do not relate to a surviving claim.  If there is any dispute concerning the relevance of any allegation to a surviving claim, Defendant reserves the right to file an answer to that allegation.

108. The allegations in this paragraph of the Complaint do not relate to a surviving claim, and thus no answer is required.

109. The allegations in this paragraph of the Complaint do not relate to a surviving claim, and thus no answer is required.

110. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

111. Defendant admits that a ride was requested using the Uber App on Jane Doe 2's Uber account on August 9, 2015, which ride was completed in the vicinity of 549 East Bay Street in Charleston, South Carolina. Defendant lacks sufficient information and belief to admit or deny the remaining allegations in this paragraph, and on that basis Defendant denies the allegations.

112. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

113. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

114. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

115. Defendant admits that Aiello was convicted of a disorderly persons offense, simple assault, in 2003. Except as expressly admitted, Defendant denies the allegations contained in this paragraph of the Complaint.

116. Defendant admits that Patrick Aiello provided rides using the Uber App. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

117. Defendant admits that the conviction occurred in April 2003 and that Aiello did not request to use the Uber App until 2015, twelve years after his conviction. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

118.     Defendant admits that it was not aware of Mr. Aiello's disorderly-persons offense when Mr. Aiello signed up to provide rides using the Uber App.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

119.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

120.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

121.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

122.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

123.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

124.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

125.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

126.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

127.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

128.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

129.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

130.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

131. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

132. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

133. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

134. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

135. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

136. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

137. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

138. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

139. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

140. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

141. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

142. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

143. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

1    144.    Defendant lacks sufficient information and belief to admit or deny the allegations

2    in this paragraph, and on that basis Defendant denies the allegations.

3    145.    Defendant lacks sufficient information and belief to admit or deny the allegations

4    in this paragraph, and on that basis Defendant denies the allegations.

5    146.    The allegations contained in this paragraph constitute a conclusion of law to which

6    no response is required.

7    147.    The allegations contained in this paragraph constitute a conclusion of law to which

8    no response is required.

9    148.    The allegations contained in this paragraph constitute a conclusion of law to which

10   no response is required.

11   149.    Defendant lacks sufficient information and belief to admit or deny the allegations

12   in this paragraph, and on that basis Defendant denies the allegations.

13   150.    Defendant denies each and every allegation contained in this paragraph of the

14   Complaint.

15   151.    Defendant lacks sufficient information and belief to admit or deny the allegations

16   in this paragraph, and on that basis Defendant denies the allegations.

17   152.    Defendant lacks sufficient information and belief to admit or deny the allegations

18   in this paragraph, and on that basis Defendant denies the allegations.

19   153.    Defendant lacks sufficient information and belief to admit or deny the allegations

20   in this paragraph, and on that basis Defendant denies the allegations.

21   154.    Defendant lacks sufficient information and belief to admit or deny the allegations

22   in this paragraph, and on that basis Defendant denies the allegations.

23   155.    Defendant denies each and every allegation contained in this paragraph of the

24   Complaint.

25   156.    Defendant denies each and every allegation contained in this paragraph of the

26   Complaint.

27

28

157. Defendant denies each and every allegation contained in this paragraph of the Complaint.

158. Defendant denies each and every allegation contained in this paragraph of the Complaint.

159. Defendant denies each and every allegation contained in this paragraph of the Complaint.

160. Defendant denies each and every allegation contained in this paragraph of the Complaint.

161. Defendant denies each and every allegation contained in this paragraph of the Complaint.

162. Defendant denies each and every allegation contained in this paragraph of the Complaint.

163. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

164. Defendant denies each and every allegation contained in this paragraph of the Complaint.

165. Defendant denies each and every allegation contained in this paragraph of the Complaint.

166. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

167. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

168. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

169. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

170.    Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

171.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

172.    Defendant admits that the full text of the Terms and Conditions are not emailed to a prospective customer as a regular part of the process of creating a rider account.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

173.    Defendant admits that the full text of the Terms and Conditions are not mailed to a prospective customer as a regular part of the process of creating a rider account.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

174.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

175.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

176.    Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

177.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

178.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

179.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

180.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

181. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

182. Defendant denies each and every allegation contained in this paragraph of the Complaint.

183. Defendant denies each and every allegation contained in this paragraph of the Complaint.

184. Defendant denies each and every allegation contained in this paragraph of the Complaint.

185. Defendant admits that the Terms & Conditions contain an arbitration clause. Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

186. Defendant denies each and every allegation contained in this paragraph of the Complaint.

187. Defendant denies each and every allegation contained in this paragraph of the Complaint.

188. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

189. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

190. Admitted.

191. Defendant denies each and every allegation contained in this paragraph of the Complaint.

192. On information and belief, Defendant admits that the Terms and Conditions were never mailed or emailed to Jane Doe 1 or Jane Doe 2.

193. The allegations contained in this paragraph constitute a conclusion of law to which no response is required.

194. The allegations contained in this paragraph constitute a conclusion of law to which no response is required.

195. The allegations contained in this paragraph constitute a conclusion of law to which no response is required.

196. The allegations contained in this paragraph constitute a conclusion of law to which no response is required.

197. The allegations contained in this paragraph constitute a conclusion of law to which no response is required.

198. The allegations contained in this paragraph constitute a conclusion of law to which no response is required.

199. The allegations contained in this paragraph constitute a conclusion of law to which no response is required.

200. Defendant denies each and every allegation contained in this paragraph of the Complaint.

201. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

202. Defendant admits that it issued a statement that contained the following language: "This is a deplorable incident and the partner was removed from the platform as soon as we were made aware of the allegations." Except as expressly admitted, Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

203. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

204. Defendant admits that law enforcement officers visited Uber's office in Chengdu, China in May 2015. Defendant lacks sufficient information and belief to admit or deny the remaining allegations in this paragraph, and on that basis Defendant denies the allegations.

205.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

206.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

207.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

208.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

209.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

210.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

211.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

212.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

213.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

214.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

215.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

216.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

217.     Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

218. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

219. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

220. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

221. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

222. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph concerning an alleged assault, and on that basis Defendant denies the allegations. Defendant denies each and every remaining allegation in this paragraph of the Complaint.

223. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

224. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

225. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

226. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

227. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph concerning "other accusations of violent and aggressive behavior made against Uber drivers by unsuspecting customers," and on that basis Defendant denies the allegations. Defendant denies each and every remaining allegation contained in this paragraph of the Complaint.

228. Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

229.    Defendant admits that it has a zero tolerance policy for alcohol or drug use on the Uber platform.  Except as expressly admitted, Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

230.    Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

231.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

232.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

233.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

234.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

235.    Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

236.    Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

237.    On information and belief, Defendant denies each and every allegation contained in this paragraph of the Complaint.

238.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

239.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

240.    Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

241.    Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

242.    Defendant lacks sufficient information and belief to admit or deny the allegations in this paragraph, and on that basis Defendant denies the allegations.

243.    Defendant admits that a civil complaint was filed by the District Attorney of San Francisco and the District Attorney of Los Angeles in the San Francisco County Superior Court in case number 14-cv-543120-CGC.  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

244.    Defendant admits that a class-action lawsuit was filed against Uber asserting claims relating to a "Safe Rides Fee."  Except as expressly admitted, Defendant denies each and every allegation contained in this paragraph of the Complaint.

245.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

246.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

247.    Defendant denies each and every allegation contained in this paragraph of the Complaint.

## FIRST CAUSE OF ACTION

### (Negligence, Negligent Hiring, Negligent Supervision, and Negligent Retention)

248.    This paragraph does not require a response.

249.    Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

250.    Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

251.    The allegations in this paragraph do not relate to a surviving claim, and thus no answer is required.

252. Defendant denies each and every allegation contained in this paragraph of the Complaint.

253. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

254. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

255. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

256. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

257. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

### SECOND CAUSE OF ACTION

### (Fraud)

258. This paragraph does not require a response.

259. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

260. Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate to a surviving claim, and thus no answer is required. Insofar as they relate to Jane Doe 2, Defendant denies each and every allegation contained in this paragraph of the Complaint.

1    261.    Defendant denies each and every allegation contained in this paragraph of the

2 Complaint.

3    262.    Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate

4 to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2,

5 Defendant denies each and every allegation contained in this paragraph of the Complaint.

6    263.    Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate

7 to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2,

8 Defendant denies each and every allegation contained in this paragraph of the Complaint.

9    264.    Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate

10 to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2,

11 Defendant denies each and every allegation contained in this paragraph of the Complaint.

12    265.    Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate

13 to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2,

14 Defendant denies each and every allegation contained in this paragraph of the Complaint.

15    266.    Insofar as they relate to Jane Doe 1, the allegations in this paragraph do not relate

16 to a surviving claim, and thus no answer is required.  Insofar as they relate to Jane Doe 2,

17 Defendant denies each and every allegation contained in this paragraph of the Complaint.

18                                    **THIRD CAUSE OF ACTION**

19                                            **(Battery)**

20    267.    This paragraph does not require a response.

21    268.    Defendant denies each and every allegation contained in this paragraph of the

22 Complaint.

23    269.    Defendant denies each and every allegation contained in this paragraph of the

24 Complaint.

25    270.    Defendant denies each and every allegation contained in this paragraph of the

26 Complaint.

27

28

1   271.    Defendant denies each and every allegation contained in this paragraph of the

2   Complaint.

3   272.    Defendant denies each and every allegation contained in this paragraph of the

4   Complaint.

5   273.    Defendant denies each and every allegation contained in this paragraph of the

6   Complaint.

7                           **FOURTH CAUSE OF ACTION**

8                                   **(Assault)**

9   274.    This paragraph does not require a response.

10  275.    Defendant denies each and every allegation contained in this paragraph of the

11  Complaint.

12  276.    Defendant denies each and every allegation contained in this paragraph of the

13  Complaint.

14  277.    Defendant denies each and every allegation contained in this paragraph of the

15  Complaint.

16  278.    Defendant denies each and every allegation contained in this paragraph of the

17  Complaint.

18  279.    Defendant denies each and every allegation contained in this paragraph of the

19  Complaint.

20  280.    Defendant denies each and every allegation contained in this paragraph of the

21  Complaint.

22                          **FIFTH CAUSE OF ACTION**

23                              **(False Imprisonment)**

24  281.    This paragraph does not require a response.

25  282.    Defendant denies each and every allegation contained in this paragraph of the

26  Complaint.

27

28

283. Defendant denies each and every allegation contained in this paragraph of the Complaint.

284. Defendant denies each and every allegation contained in this paragraph of the Complaint.

285. Defendant denies each and every allegation contained in this paragraph of the Complaint.

286. Defendant denies each and every allegation contained in this paragraph of the Complaint.

287. Defendant denies each and every allegation contained in this paragraph of the Complaint.

288. Defendant denies each and every allegation contained in this paragraph of the Complaint.

## SIXTH CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress)

289. This paragraph does not require a response.

290. Defendant denies each and every allegation contained in this paragraph of the Complaint.

291. Defendant denies each and every allegation contained in this paragraph of the Complaint.

292. Defendant denies each and every allegation contained in this paragraph of the Complaint.

293. Defendant denies each and every allegation contained in this paragraph of the Complaint.

294. Defendant denies each and every allegation contained in this paragraph of the Complaint.

295. Defendant denies each and every allegation contained in this paragraph of the Complaint.

296. Defendant denies each and every allegation contained in this paragraph of the Complaint.

297. Defendant denies each and every allegation contained in this paragraph of the Complaint.

298. Defendant denies each and every allegation contained in this paragraph of the Complaint.

299. Defendant denies each and every allegation contained in this paragraph of the Complaint.

300. Defendant denies each and every allegation contained in this paragraph of the Complaint.

## AFFIRMATIVE DEFENSES

Defendant has not completed its investigation of the facts of this case, has not completed discovery in this manner, and has not completed its preparation for trial. The defenses asserted herein are based on Defendant's knowledge, information and belief at this time. Defendant specifically reserves the right to modify, amend, or supplement any defense contained herein at any time. Without conceding that it bears the burden of proof or persuasion as to any of them, Defendant alleges the following separate defenses to the Complaint:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. Plaintiffs' Complaint, and each claim contained therein, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2. Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Laches)

3.     Plaintiffs' claims are barred in whole or in part by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

4.     Plaintiffs' claims are barred in whole or in part by their own conduct, actions, and inactions, which amount to and constitute an estoppel of the causes of action and any relief sought thereby.

## FIFTH AFFIRMATIVE DEFENSE

### (Waiver of Claims)

5.     Plaintiffs' claims are barred in whole or in part because such claims have been waived, discharged, and/or abandoned.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

6.     Plaintiffs' claims are barred in whole or in part by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (Excuse)

7.     Plaintiffs' claims are barred in whole or in part because Defendant's act and/or omissions were excused.

## EIGHTH AFFIRMATIVE DEFENSE

### (Good Faith)

8.     Plaintiffs' claims are barred in whole or in part by Defendant's good faith and/or good faith legal defense.

## NINTH AFFIRMATIVE DEFENSE

### (Equitable Indemnity/Proportional Fault)

9.     Plaintiffs' alleged injuries are the result, in whole or in part, of the acts or omissions of entities or individuals other than Defendant, including Plaintiffs, and Defendant's liability, if any, must be reduced by any percentage of fault attributable to those other entities and/or individuals.

## TENTH AFFIRMATIVE DEFENSE

(Satisfaction of Duty)

10. Defendant satisfied, fulfilled and performed each and every obligation and duty imposed by law or contract to the full extent of its responsibility.

## ELEVENTH AFFIRMATIVE DEFENSE

(Failure to Perform)

11. Plaintiffs' Complaint, and each cause of action therein, is barred by Plaintiffs' or applicable third parties' failure to perform under the alleged contract.

## TWELFTH AFFIRMATIVE DEFENSE

(Material Breach of Contract)

12. Plaintiffs' Complaint, and each cause of action therein, is barred because Plaintiffs or applicable third parties materially breached the alleged contract.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Arbitration Agreement)

13. Plaintiffs' claims are barred by a valid and binding arbitration agreement.

## FOURTEENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

14. Plaintiffs have failed to mitigate their damages, if any.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Contributory Negligence – Plaintiffs)

15. Plaintiffs' purported damages, if any, were wholly or in part due to Plaintiffs' own negligence, acts or omissions. Plaintiffs' alleged right to recovery, if any, must be reduced by that amount which the negligence, inaction, wrongdoing, or fault of the Plaintiffs or their agents contributed to Plaintiffs' damages, if any.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Contributory Negligence – Others)

16.     Plaintiffs' purported damages, if any, were proximately caused or contributed to, in whole or in part, by the negligence, inaction, wrongdoing, or fault of persons or entities other than Defendant whether individual, corporate, associate, or otherwise.  Plaintiffs' alleged right to recover from Defendant, if any, must be reduced by that amount, which the negligence, inaction, wrongdoing or fault of such persons and entities other than Defendant contributed to Plaintiffs' alleged damages, if any.

### SEVENTEENTH AFFIRMATIVE DEFENSE

(Intervening Cause or Modification)

17.     If Plaintiffs have incurred any damages, such damages were the result of intervening or superseding events, factors, occurrences, modifications, or conditions, which were in no way caused by Defendant and for which Defendant is not responsible or liable.

### EIGHTEENTH AFFIRMATIVE DEFENSE

(Speculative Damages)

18.     Plaintiffs may not recover on claims pleaded in the Complaint because the damages sought are too speculative and remote.

### NINETEENTH AFFIRMATIVE DEFENSE

(Assumption of Risk)

19.     Plaintiffs, with full knowledge of the matters alleged in the Complaint, voluntarily assumed any and all risks, hazards, and perils alleged, and therefore, assumed the risks of any loss or damages sustained by Plaintiffs.

### TWENTIETH AFFIRMATIVE DEFENSE

(Failure to Exercise Ordinary Care)

20.     Plaintiffs were negligent and careless in and about the events set forth in the Complaint, which proximately contributed to the damages complained of, in any, and are hereby barred from any recovery.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

(Intentional Acts/Omissions)

21.     Defendant is not responsible for any damages, or percentage of damages, claimed by Plaintiffs as a result of intentional acts or omissions of others, including the Plaintiffs.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Several Liability Only for Non-Economic Damages)

22.     As a separate affirmative defense, Defendant alleges that the liability of Defendant for the non-economic damages claimed or proven by Plaintiffs shall be several only and shall not be joint.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Contribution)

23.     As a separate affirmative defense, Defendant is informed and believes, and therefore alleges, that it is entitled to a right of contribution from Plaintiffs or any person whose negligence proximately contributed to the happening of the claimed incidents or alleged injuries if Plaintiffs should receive a verdict against Defendant.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Unreasonable or Unlawful Medical Expenses)

24.     As a separate affirmative defense, Defendant alleges that if found responsible for Plaintiffs' injuries and medical expenses, Defendant is obligated only to the extent such expenses are reasonable and lawfully incurred.  Defendant denies that fees for services for which Plaintiffs seek reimbursement are either reasonable or lawfully incurred.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Apportionment of Fault)

25.     As a separate affirmative defense, Defendant is informed and believes and, therefore alleges that if Plaintiffs suffered or sustained any loss, damage, or injury as alleged in the Complaint, that loss, damage, or injury was proximately caused or contributed to by persons or entities other than Defendant.  The liability of Defendant and responsible parties, named or unnamed, should be apportioned according to their relative degree of fault, and the liability of Defendant should be reduced accordingly.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

(Pre-Existing Injury)

26.     As a separate affirmative defense, Defendant is informed and believes and on such information and belief alleges, that Plaintiffs suffered from pre-existing medical conditions and disabilities which are the legal cause of the damages alleged by Plaintiffs herein, and which were not proximately caused by Defendant.  Any recovery for these pre-existing damages is therefore barred.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

(Misuse)

27.     The Complaint is barred in whole or in part because Defendant is not liable for the misuse, if any, of the Uber App.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

(No Causation)

28.     The Complaint is barred in whole or in part because Plaintiffs' damages, if any, were not caused by Defendant.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

(Offset)

29.     To the extent Plaintiffs have any damages, Defendant is entitled to offset those damages by the amounts already paid.

## THIRTIETH AFFIRMATIVE DEFENSE

(Consent)

30.     The Complaint is barred under the doctrine of consent.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

(No Punitive Damages)

31.     Plaintiffs are not entitled to an award of punitive damages.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

(No Injunctive Relief)

32.     Plaintiffs are not entitled to injunctive relief.

### THIRTY-THIRD AFFIRMATIVE DEFENSE

(Additional Affirmative Defenses)

33.     Defendant presently has insufficient knowledge and/or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Defendant reserves the right to assert additional defenses if discovery indicates that they would be appropriate.

**WHEREFORE**, Defendant prays for judgment as follows:

1.     That Plaintiffs take nothing by this action;

2.     That judgment be entered in favor of Defendant and against Plaintiffs;

3.     That Defendant be awarded its costs of suit;

4.     That Defendant be awarded its attorneys' fees incurred herein; and

5.     That Defendant be awarded such further relief as the Court may deem proper.

DATED:  May 25, 2016                    Respectfully submitted,


                                        By    _/s/_____
                                            Josh A. Cohen
                                            RoseMarie Maliekel
                                            Attorneys for UBER TECHNOLOGIES, INC.