DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE M. CHRISTENSEN (NY SBN 2622124)
TANVIR H. RAHMAN (NY SBN 4921235)
ELIZABETH J. CHEN (NY SBN 5126214)
(All admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845

JAMIE C. COUCHE (SBN 252001)
**ANDERSON & POOLE, P.C.**
601 California Street, Suite 1300
San Francisco, CA 94108
Telephone: (415) 956-6413
Facsimile: (415) 956-6416

Attorneys for Plaintiffs,
**JANE DOE 1, JANE DOE 2**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, | Case No.: 3:15-cv-04670-SI |
| Plaintiffs, | |
| vs. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

## STIPULATION AND PROPOSED ORDER

It is hereby stipulated, by and between Plaintiffs Jane Doe 1 and Jane Doe 2 and Defendant Uber Technologies, Inc. ("Uber") that:

1. The July 8, 2016 conference is adjourned by two weeks to July 22, 2016 or to another date convenient for the Court;

*Doe 1, et al. v. Uber Technologies, Inc*     1     *Stipulation and Proposed Order*
Case No. 3:15-cv-04670-SI

2. Plaintiffs' lead counsel be permitted appear telephonically at the conference; and

3. All other deadlines in the Court's Pretrial Preparation Order remain unchanged.

Dated: June 28, 2016
      San Francisco, CA

    Respectfully submitted,

**WIGDOR LLP**

By: /s/ Jeanne M. Christensen
      Jeanne M. Christensen

*Counsel for Plaintiffs*

**CLARENCE DYER & COHEN LLP**

By: /s/ Josh A. Cohen
      Josh A. Cohen

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.: 3:15-cv-04670-SI<br><br>**[PROPOSED] ORDER** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the July 8, 2016 conference is adjourned to July 22, 2016.

**IT IS FURTHER ORDERED** that Plaintiffs' lead trial counsel be permitted to appear telephonically for the conference.

**IT IS FURTHER ORDERED** that the remaining deadlines in the case, including discovery and motion deadlines, as well as the trial date, are unchanged.

Date: June __, 2016

_____
Hon. Susan Illston
United States District Court Judge
Northern District of California