**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, | Case No.: 3:15-cv-04670-SI |
| Plaintiffs, | |
| vs. | [~~PROPOSED~~] **ORDER** |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the July 8, 2016 conference is adjourned to July 22, 2016.

**IT IS FURTHER ORDERED** that Plaintiffs' lead trial counsel be permitted to appear telephonically for the conference.

**IT IS FURTHER ORDERED** that the remaining deadlines in the case, including discovery and motion deadlines, as well as the trial date, are unchanged.

Date: June 29 2016

_____
Hon. Susan Illston
United States District Court Judge
Northern District of California